PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rodolfo Garcia, III                    Cr.: 19-00464-001
                                                                              PACTS #: 4981943

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/13/2020

Original Offense:    Count One: Unlawful Transfer of Firearms, 18 U.S.C. § 922(a)(5)
                     Count Three: Unlawful Transfer of Firearms, 18 U.S.C. § 922(a)(5)

Original Sentence: 15 months imprisonment, three (3) years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Computer Monitoring, Mental Health Treatment, Life Skills/Education, and Supporting Dependents.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/24/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On November 30, 2022, the individual under supervision submitted a urine specimen which returned positive results for the presence of amphetamines. |
| | On November 30, 2022, the individual under supervision admitted to the usage of amphetamines. |

Prob 12A – page 2
Rodolfo Garcia, III

U.S. Probation Officer Action:

The U.S. Probation Office of the Southern District of Texas respectfully request no Court action be taken at this time as the individual under supervision was admonished for the non-compliance and the U.S. Probation Office will be increasing UA surveillance. Moreover, the Court will be promptly notified of any further non-compliance behavior.

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

*Susan Karlak*

By:  SUSAN KARLAK
Senior U.S. Probation Officer

/trp

Prepared by:

*Taylor R. Petronzio*           02/01/2023
TAYLOR R. PETRONZIO             Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/2/23
_____
Date